UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Document # __5__

Bottone

-v-

USA

U.S.C.A. # _____

U.S.D.C. # 08-cv-3229

JUDGE: KMW

DATE: 4/29/2008

APR 29 2008

## INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME): THOMAS R. PISARCZYK
FIRM: U.S. DISTRICT COURT - SOUTHERN DISTRICT OF NEW YORK
ADDRESS: 500 PEARL STREET, ROOM 370
NEW YORK, NEW YORK 10007
PHONE NO.: (212) 805 - 0636

DISTRICT COURT DOCKET ENTRIES

DOCUMENT DESCRIPTION                                          DOC. #

CLERK'S CERTIFICATE

SEE ATTACHED LIST OF NUMBERED DOCUMENTS

(✓) Original Record

(____) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A for the Second Circuit on the 29th Day of April, 2008.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

--------------------------------

Bottone

-v-

USA

--------------------------------

U.S.C.A. # _____

U.S.D.C. # 08cv 3229

JUDGE: KMW

DATE: 4/29/2008

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered **4** Through **4**, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

Date Filed                    Document Description

Balance of File already in USCA on Transfer Order

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 29th Day of April In this year of our Lord, Two Thousand and Eight, and the Independence of the United States this 232ND year.

J. Michael McMahon, Clerk

By _____
Deputy Clerk

2255, APPEAL, CLOSED, PRO-SE

**U.S. District Court**
**United States District Court for the Southern District of New York (Foley Square)**
**CIVIL DOCKET FOR CASE #: 1:08-cv-03229-KMW**
**Internal Use Only**

Bottone v. United States of America
Assigned to: Judge Kimba M. Wood
Cause: 28:2255 Motion to Vacate / Correct Illegal Sentenc

Date Filed: 04/01/2008
Date Terminated: 04/01/2008
Jury Demand: None
Nature of Suit: 510 Prisoner: Vacate Sentence
Jurisdiction: U.S. Government Defendant

| Date Filed | # | Docket Text |
|---|---|---|
| 04/01/2008 | 1 | MOTION FOR MODIFICATION OF SENTENCE PURSUANT TO 18 U.S.C. 3582. NO FURTHER ENTRIES. PLEASE SEE CRIMINAL CASE: 91-cr-685.Document filed by Alfred V. Bottone, Jr.(laq) (Entered: 04/08/2008) |
| 04/01/2008 | 2 | DECLARATION of Alfred V. Bottone, Jr. in Support re: 1 MOTION FOR MODIFICATION OF SENTENCE PURSUANT TO 18 U.S.C. 3582. Document filed by Alfred V. Bottone, Jr. (laq) (Entered: 04/08/2008) |
| 04/01/2008 | | Magistrate Judge James C. Francis is so designated. (laq) (Entered: 04/08/2008) |
| 04/01/2008 | 3 | TRANSFER ORDER (U.S.C.A.),....transfers this matter to the U.S.C.A. for the Second Circuit.... Sent original file along certified copy of docket entries and transfer order. Mailed via Inter-Office Mail on 4/8/08. (Signed by Judge Kimba M. Wood on 4/1/08) (laq) (Entered: 04/08/2008) |
| 04/18/2008 | 4 | NOTICE OF APPEAL from 3 Transfer Order U.S.C.A. Document filed by Alfred V. Bottone, Jr. Copies mailed to attorney(s) of record: A.U.S.A. (tp) (Entered: 04/29/2008) |
| 04/18/2008 | | Appeal Remark as to 4 Notice of Appeal filed by Alfred V. Bottone, Jr. $455.00 APPEAL FEE DUE. (tp) (Entered: 04/29/2008) |
| 04/23/2008 | | Received a letter from the United States Court of Appeals for the Second Circuit acknowledging receipt of the entire file and assigned Case Number: 08-1668 (OP). (laq) (Entered: 04/23/2008) |
| 04/23/2008 | | Received a letter from the United States Court of Appeals for the Second Circuit - acknowledging receipt of the entire file and assigned Case Number: 08-1666 (OP). (laq) (Entered: 04/23/2008) |
| 04/29/2008 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 4 Notice of Appeal. (tp) (Entered: 04/29/2008) |
| 04/29/2008 | | Transmission of Notice of Appeal to the District Judge re: 4 Notice of Appeal. (tp) (Entered: 04/29/2008) |